1
2
3
4
5

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD BRENNAN, | Case No.: 3:08-CV-00137 |
| Plaintiff, | |
| vs. | |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, A Wisconsin Corporation, and DOES I - X, inclusive, | |
| Defendant. | |

### STIPULATION AND ORDER FOR BIFURCATION

Plaintiff's Complaint in his action includes a claim for breach of contract and breach of its duty to deal fairly and in good faith with its insured. The parties have conferred regarding possible bifurcation and separate trials related to theses two aspects of this case, and in the interests of justice, hereby stipulate as follows:

1.   Plaintiff's breach of contract claim shall be bifurcated from Plaintiff's extra-contractual claims for purposes of trial. An initial, separate trial shall be held on the breach on contract claim only. Thereafter, if necessary, and subject to any further order as may be entered by the Court, a second trial shall be held on the extra-contractual claims. Both trials shall be held before the same jury.

///

///

///

THORNDAL, ARMSTRONG,
DELK, BALKENBUSH
& EISINGER
6590 S. McCarran, Suite B
Reno, Nevada 89509
(775) 786-2882

2. There shall be no stay of discovery or other proceedings on Plaintiff's extra-contractual claims.

DATED this ___ day of March, 2008    DATED this ___ day of March, 2008

THORNDAL, ARMSTRONG,
 DELK, BALKENBUSH & EISINGER

By: _____          By: _____
BRENT H. HARSH, ESQ.                 ROBERT E. DICKEY, ESQ.
State Bar No. 8814                   State Bar No. 1982

Attorneys for Defendant              Attorneys for Plaintiff

## ORDER

Based on the foregoing stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED as follows:

1. Plaintiff's breach of contract claim shall be bifurcated from Plaintiff's extra-contractual claims for purposes of trial. An initial, separate trial shall be held on the breach on contract claim only. Thereafter, if necessary, and subject to any further order as may be entered by the Court, a second trial shall be held on the extra-contractual claims. Both trials shall be held before the same jury.

2. There shall be no stay of discovery or other proceedings on Plaintiff's extra-contractual claims.

DATED this 27th day of March, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

THORNDAL, ARMSTRONG,
DELK, BALKENBUSH
& EISINGER
6590 S. McCarran, Suite B
Reno, Nevada 89509
(775) 786-2882

- 2 -